**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| BABYLON INC. | ) | Case No. 23-11127 (___) |
| Debtor.[1] | ) | |

**DECLARATION CONCERNING CREDITOR MATRIX**

I, Paul-Henri Ferrand, Director of the above-captioned debtor (the "**Debtor**"), declare under penalty of perjury that I have reviewed the Creditor Matrix submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, containing the complete list of creditors of the Debtor, and hereby verify that the information contained therein is complete, true and correct to the best of my knowledge.

The information contained in the Creditor Matrix is based on a review of the Debtor's books and records; the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the Creditor Matrix. In addition, certain of the entities included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and thus may not be creditors of the Debtor for purposes of this chapter 7 case, but are included herein for notice purposes out of an abundance of caution. Therefore, the Creditor Matrix does not, and should not, be deemed to constitute: (1) an acknowledgement that any person or entity listed currently holds a claim against the Debtor; (2)

[1] The last four digits of the Debtor's tax identification number are 7657. The main address of the Debtor is 2500 Bee Cave Road, Building 1 Suite 400, Austin, TX 78746.

an acknowledgement of the allowability, in whole or in part, of any claim asserted by any person or entity listed; or (3) a waiver of any right or legal position of the Debtor.

Date:   August 9, 2023                                      Babylon Inc.

*/s/   Paul-Henri Ferrand*
Paul-Henri Ferrand
Director


# Creditor Matrix

| Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 5WPR | 3 Park Avenue | Floor 19 | | New York | NY | 10016 | |
| A-1 Broadcast, Inc | 2030 Powers Freey Road, Suite 400 | | | Atlanta | GA | 30339 | |
| Abid, Fawad Hassan | 29883 Heritage Pkwy | | | Warren | MI | 48092 | |
| Addala, Srikanth | 109 Dasher Drive | | | Cedar Park | TX | 78613 | |
| Adesagba, Phillip | 3100 Perch Overlook | | | Marietta | GA | 30008 | |
| ADP Inc. | One ADP Boulevard | | | Roseland | NJ | 07068 | |
| Air Visits, Inc | 150 Clove Road, STE 2 | | | Little Falls | NJ | 07424 | |
| Airtable | 799 Market St | 8th Floor | | San Francisco | CA | 94103 | |
| Alexander, Ladan | 101 Warren Street Apt 2060 | | | New York | NY | 10007 | |
| Alfa Business | 21770 Van Buren Blvd | Suite 103 | | March ARB | CA | 92518 | |
| Alfano, Robert John | 1440 Lincoln Avenue | | | Saint Paul | MN | 55105 | |
| Alfred, Christopher | 3210 Clarendon Road | | | Brooklyn | NY | 11226 | |
| Alphawolf Consulting Inc | 10 Linder Terrace | | | Newton | MA | 02459 | |
| Alvarez & Marsal North America LLC | 600 Madison Ave | 8TH Floor | | New York | NY | 10022 | |
| Alvey, Todd | 4900 Avenue G | | | Austin | TX | 78751 | |
| AMA | 330 N Wabash Ave | | | Chicago | IL | 60611 | |
| Amazon Capital Services, Inc. | PO Box 035184 | | | Seattle | WA | 98124-5184 | |
| American Telemedicine Association | 901 N Glebe Road, Suite 850 | | | Arlington | TX | 22203 | |
| America's Health Insurance Plans, Inc. | 601 Pennsylvania Ave NW | South Building, 5th Floor | | Washington | DC | 20004 | |
| America's Physician Groups | 915 Wilshire Blvd. Suite 1620 | | | Los Angeles | CA | 90017 | |
| Anecdotes | 228 Hamilton Ave | | | Palo Alto | CA | 94301 | |
| Applied Statistics & Management Inc | 32848 Wolf Store Road | | | Temecula | CA | 92592 | |
| April Davenport | 26074 BCR 306 | | | Marble Hill | MO | 63764 | |
| Arms, Martin Jeremy Elston | 215 West 88th Street Apt 5H | | | New York | NY | 10024 | |
| Arne, Christopher | 25 Duffield Dr. | | | Ewing | NJ | 08628 | |
| Arun C Nair | 2301 S 5th Street, Unit 6 | | | Austin | TX | 78704 | |
| Ascension Health Inc. | Edmundson Road | | | Saint Louis | MO | 63134-3806 | |
| Astound Business Solutions, LLC | 650 College Road East | Suite 3100 | | Princeton | NJ | 08540 | |
| Atipo | C. Río Esva 5 | | | Gijón | | 33209 | Spain |
| Audion, LLC | 1220 Colorado | Suite 240 | | Austin | TX | 78701 | |
| Austin Fraser | 500 West 2nd Street | Suite 1550 | | Austin | TX | 78701 | |
| Availity | 5555 Gate Parkway | Suite 110 | | Jacksonville | FL | 32256 | |
| AVIA Health LLC | 515 N. State st | Suite 300 | | Chicago | IL | 60654 | |
| AWIN INC. | 8 Market Place, Suite 600 | | | Baltimore | MD | 21202 | |
| Babyak, James Alexander | 11920 Saddle Rock Drive | | | Austin | TX | 78725 | |
| Bahr, Norman Thomas | 6225 Mantalcino Drive | | | Round Rock | TX | 78665 | |
| Baker, Robert | 9165 Lee Hall Court | | | New Albany | OH | 43054 | |
| Barnier, Stacie Lynnette | 23409 52Nd Ave W | | | Mountlake Terrace | WA | 98043 | |
| Barton & Associates, Inc | 300 Jubilee Drive | | | Peabody | MA | 01960 | |
| Barton, Taneisha | 3916 Joshs Cv | | | Pflugerville | TX | 78660 | |
| Bartz, Matthew Dennis | 12908 NE 55th St | | | Vancouver | WA | 98682 | |
| Becker's Healthcare | 17 North State Street, Suite 1800 | | | Chicago | IL | 60602 | |
| Berlingeri, Marissa Sarah | 12202 Cottage Promenade Ct. | | | Austin | TX | 78753 | |
| Berndt, Collin James | 712 Post Oak Street | Apt A | | Austin | TX | 78704 | |
| Berry Dunn McNeil & Parker LLC | 2211 Congress Street | PO Box 1100 | | Portland | ME | 04104-1100 | |
| Biadegligne, Tsega | 372 W. San Madele Ave | | | Fresno | CA | 93704 | |
| Blount, Sarah Qing-Fang | 101 Park Plaza Apt 211 | | | San Diego | CA | 92101 | |
| Blue Cross Blue Shield of NM | 300 East Randolph Street | | | Chicago | IL | 60601 | |
| Blynn, Emily | 857 Lesley Road | | | Villanova | PA | 19085 | |
| BOOMI Corporation Limited | 54 Portland Place | | | London | | W1B 1DY | United Kingdom |
| Boostlingo | 98 San Jacinto Blvd | Suite 400 | | Austin | TX | 78701 | |
| Bouressa, James | 5801 Sunny Vista Drive | | | Austin | TX | 78749 | |
| BPM Creative Labs | 965 Magellan St | | | Costa Mesa | CA | 92626 | |
| Brain Traffic | 615 1st Ave NE, Ste 475 | | | Minneapolis | MN | 55413 | |
| Branch | 195 Page Mill Road | Suite 101 | | Palo Alto | CA | 94306 | |
| Brand Addition US | 707 N. 2nd Street, Suite 600 | | | St Louis | MO | 63102 | |
| Brandon Southern | 5803 Harrington Cv | | | Austin | TX | 78731 | |
| Braswell, Scot Hyman | 439 Ridge Street | | | Newark | NJ | 07104 | |



## Creditor Matrix

| Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Brennan, Meghan Lynn | 66 Carrington Avenue | | | Milford | CT | 06460 | |
| Bridgepoint Consulting | 8310 N. Capital of Texas Highway | Bldg. 1, Ste. 420 | | Austin | TX | 78731 | |
| Brooks, Cody Matthew | 16760 Ronald Reagan Blvd #1125 | | | Leander | TX | 78641 | |
| Brooksource | 8365 Keystone Crossing | Suite 104 | | Indianapolis | IN | 46240 | |
| Bryan Mishkin | 8804 White Ibis Drive | | | Austin | TX | 78729 | |
| BTDT Global Inc | 841 Broadway - Suite 303 | | | New York | NY | 10003 | |
| Built In Inc | 203 N LaSalle, Suite 2300 | | | Chicago | IL | 60601 | |
| Built In Inc. | Built In | 203 N LaSalle, Suite 2200 | | Chicago | IL | 60601 | |
| Burns, Julianne | 587 S Grant Ave | | | Columbus | OH | 43206 | |
| Busalacchi, Antonio | 18524 Dewitt Pl | | | Austin | TX | 78738 | |
| Business Wire | 101 California St. | 20th Fl | | San Francisco | CA | 94111 | |
| Cameron, Marcus Scott | 103 El Rancho Way | | | San Antonio | TX | 78209 | |
| Campisi, Anna | 350 Dry Creek Road | | | Monterey | CA | 93940 | |
| Cantu, Christopher Martin | 16409 Pocono Drive | | | Austin | TX | 78717 | |
| Care Journey | 3865 Wilson Blvd | Suite 225 | | Arlington | VA | 22203 | |
| CareIT Health, LLC d/b/a NowPow | 9450 SW Gemini DR PMB 78874 | | | Beaverton | OR | 97008-7105 | |
| Carter, Brian Dudley | 1628 Hosea L Williams Dr Ne | | | Atlanta | GA | 30317 | |
| Caskey, Katharine Grace | 603 Floral Ave | | | Terrace Park | OH | 45174 | |
| Chan, Mei Mei | 62 A Jefferson Street | | | Hoboken | NJ | 07030 | |
| Change Healthcare | 3055 Lebanon Pike, Suite 1000 | | | Nashville | TN | 37214 | |
| Chapa, Anh Quynh Tran | 1201 Avenue B | Apt 1032 | | San Antonio | TX | 78215 | |
| Chen, Stephen Liming | 7000 Davenport Divide Rd | | | Austin | TX | 78738 | |
| CHERRY BEKAERT LLP | 200 S 10th St Ste 900 | | | Richmond | VA | 23260 | |
| Chicoine, Denise | 11 Kearney Fork Road | | | Pomfret Center | CT | 06259 | |
| Chief | NYC HQ | 13 E. 19th Street | | New York | NY | 10003 | |
| Chow, Wendy | 5201 Proctor Ave | | | Oakland | CA | 94618 | |
| Chris Saunders Consultant | 2401 Kapalua Place | | | Pflugerville | TX | 78660 | |
| Chubat, Natalia Maria | 41 Cutler Street | | | Watertown | CT | 06795 | |
| Chudy-Scheible, Adam | 1602 East 10Th Street | | | Austin | TX | 78702 | |
| Cipher | 302 Innovation Drive #240 | | | Franklin | TN | 37067 | |
| CnL Advisors, LLC | CnL Advisors | 27 S Terralee Ln | | Downingtown | PA | 19335 | |
| Coker Group Holdings LLC | 2400 Lakeview Parkway, Suite 400 | | | Alpharetta | GA | 30009 | |
| Colburn Consulting Inc | 4304 Citabria Drive | | | McKinney | TX | 75072 | |
| CompIntelligence Inc | 56 Driftway Lane | | | New Canaan | CT | 06840 | |
| Complete Medical Lists, Inc. | 758 Main Street, PO BOX 329 | | | Franconia | NH | 03580 | |
| Computershare Inc | 150 Royall Street, | | | Canton | MA | 02021 | |
| Continuum International | 14 Commerce Drive | | | Danbury | CT | 06810 | |
| CONTROL YOUR CAREER | 701-1250 Comox Street | | | Vancouver | BC | V6E 1K8 | Canada |
| Cooke, Philip | 10636 Floral Park Dr | | | Austin | TX | 78759 | |
| Cooley LLP | 101 California Street, 5th floor | | | San Francisco | CA | 94111 | |
| Council for Affordable Quality Healthcare Inc (CAQH) | 2020 K St, NW, Suite 900 | | | Washington | DC | 20006 | |
| Covington & Burling LLP US | 1999 Avenue of Stars | | | Los Angeles | CA | 90067 | |
| Cox, Samuel Robert | 119 Gairloch Trace | | | Burlington | NC | 27215 | |
| Craddock, Samuel | 1401 Art Dilly Drive | Apt 324 | | Austin | TX | 78702 | |
| Croasdale, Michelle Estelle | 804 Malabar St. | | | Lakeway | TX | 78734 | |
| Croud Incorporated | 450 Broadway | 2nd Floor | | New York | NY | 10013 | |
| CT Corporation | PO Box 4349 | | | Carol Stream | Illinois | 60197-4349 | |
| CyberSN | PMB 77008 | | | Boston | MA | 02111 | |
| D2iQ, Inc. | 225 Bush Street | Suite 700 | | San Francisco | CA | 94104 | |
| Dalys Gilling | 14044 Waterville Circle | | | Tampa | FL | 33626 | |
| Darwinbox | 7 Straits View | Marina One East Tower | | Singapore | | 018936 | Singapore |
| Davenport, April Lynn | 26074 Bcr 306 | | | Marble Hill | MO | 63764 | |
| Davis Wright Tremaine LLP | 920 Fifth Avenue | Suite 3300 | | Seattle | WA | 98104-1610 | |
| Davis, George | 1300 E Riverside Dr. Apt B 509 | | | Austin | TX | 78741 | |
| Davis, Steve | 8314 Lewis Mountain Drive | | | Austin | TX | 78737 | |
| Davis, Wiline Justilien | 503 Crescent Drive | | | Forsyth | GA | 31029 | |
| Day, Michael Allen | 463 Beauchamp Road | | | Dripping Springs | TX | 78620 | |


# Creditor Matrix

| Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Deel | 1013 Centre Road Suite 403-B | | | Wilmington | DE | 19805 | |
| Default Tax Agency US | | | | | | | |
| Definitive Healthcare, LLC | 550 Cochituate Rd, Framingham, MA 01701 | | | Framingham | MA | 01701 | |
| DeLeys Brandman MD Professional Association | 2830 Glendessary LN | | | Santa Barbara | CA | 93105 | |
| Deloitte Transactions and Business Analytics LLP | PO Box 840728 | | | Dallas | TX | 75284-0728 | |
| Delta Dental | 1130 Sanctuary Pkwy | #600 | | Alpharetta | GA | 30009 | |
| Deppenkemper, Hannah | 2101 Bay Street | Apt 301 | | San Francisco | CA | 94123 | |
| Derouet, Stephanie | 6610 34th Street NW | | | Seattle | WA | 98117 | |
| Dickerson, Robert | 5303 Ravensdale Lane | | | Austin | TX | 78723 | |
| Dickson, Keith A | 1406 East Main Street Suite | 200 #141 | | Fredericksburg | TX | 78624 | |
| Digital Compliance | 5114 Balcones Woods Dr, Suite 307, #331 | | | Austin | TX | 78759 | |
| Diversified | 37 Market Street | | | Kenilworth | NJ | 07033 | |
| Dizzion | 600 17th Street, 26005 | | | Denver | CO | 80202 | |
| Doan-Tran, Megan | 14011 Levy Lane | | | Pflugerville | TX | 78660 | |
| DocCafe.com | 224965 Star Dust Lane | | | Ringle | WI | 54471 | |
| DoiT International USA, Inc | 5201 Great America Pkwy | | | Santa Clara | CA | 95054 | |
| Dolphin, Lauren | 25 Capra Way | Apt 302 | | San Francisco | CA | 94123 | |
| Dorman, Nathan Reid | 7505 Echo Glade | | | San Antonio | TX | 78249 | |
| Dossaji, Yunus | 6503 Bluff Springs Rd | Apt 512 | | Austin | TX | 78744 | |
| Doximity Inc | 500 3rd Street, Suite 510 | | | San Francisco | CA | 94111 | |
| Doyle, James | 3808 Shady Valley Road | | | Plano | TX | 75025 | |
| Dubois, Bryant & Campbell | 303 Colorado Street | Suite 2300 | | Austin | TX | 78701 | |
| Duffy, Joshua | 3603 37Th Ave W | | | Seattle | WA | 98199 | |
| Dunn, Kris | 20800 Kearney Hill Rd | | | Pflugerville | TX | 78660 | |
| Dynacons | Irla, Vile Parle West | | | Mumbai | Maharashtra | 400056 | India |
| East Side Staffing | 349 East 49th Street | #5f | | New York | NY | 10017 | |
| Eden Data | 14425 Falcon Head Blvd | Suite 100 | | Austin | TX | 78738 | |
| Edge Technology Group LLC | 1 Anerican Lane Greenwich | | | Greenwich | CT | 06831 | |
| Edgewood Partners Ins Centre | PO Box 102160 | | | Pasadena | CA | 91189-2160 | |
| Eichhorn, Christopher G | 246 Toyah Drive | | | Dripping Springs | TX | 78620 | |
| EisnerAmper LLP | 750 Third Avenue | | | New York | NY | 10017 | |
| Elzahy, Fatima | 1100 South Lamar Boulevard | Apt 2307 | | Austin | TX | 78704 | |
| Emerson Joy Inc | 544 East 86th Street Apt. 8W | | | New York | NY | 10028 | |
| England, Teddy Aron | 165 Empire Ct | | | Austin | TX | 78737 | |
| EPG Technologies | 14127 Kittridge Street | | | Van Nuys | CA | 91405 | |
| EquiSolve | 3500 SW Corporate Pkwy | Suite 206 | | Palm City | FL | 34990 | |
| E-Squared Partners, LLC | 127 Thorndike Street, Ste 2 | | | Cambridge | MA | 02141 | |
| Eubanks, Maria Inez | 10341 Big Sandy Court | | | McKinney | TX | 75071 | |
| Ewing, Patrick Owen | 109 Clairhaven Drive | | | Hudson | OH | 44236 | |
| Experian Health Inc | 720 Cool Springs Blvd | Suite 200 | | Franklin | TN | 37067 | |
| Eyhorn, Kimberly | 3501 Sacred Moon Cv | | | Austin | TX | 78746 | |
| EZ Corp | 2500 Bee Cave Road | Building 1, Suite 200 | | Rollingwood | TX | 78746 | |
| F8 Consulting LLC | 770 River Road, #634 | | | Edgewater | NJ | 07020 | |
| Fan, Charles Daniel | 4015 County Road 25 #419 | | | Minneapolis | MN | 55416 | |
| Faulk, Sally Jordan | 3065 N 33Rd Ave | | | Milton | FL | 32583 | |
| Featherstone-Uwague, Amber Denise | 2806 Rae Dell Avenue | | | Austin | TX | 78704 | |
| Feinberg, Andrea | 12121 Foothill Lane | | | Los Altos Hills | CA | 94022 | |
| Ferrand, Paul-Henri | 192 Fair Oaks Lane | | | Atherton | CA | 94027 | |
| Ferris + Sloane LLC | 100 N. Howard Street | Suite 4563 | | Spokane | WA | 99201 | |
| Fitbit LLC | 199 Fremont Street | 14th Floor | | San Francisco | CA | 94105 | |
| Fitch, Ryan Mengden | 842 William Street | | | River Forest | IL | 60305 | |
| Fitzgerald, Garrett | 1109 N. Interstate Hwy 35 | Apt 1727 | | Austin | TX | 78702 | |
| FLO Partners, Inc. dba StrongPoint | 100 University Avenue 5th Floor | | | Toronto | | M5J 1V6 | Canada |
| Foley & Lardner LLP | 111 Huntington Avenue | | | Boston | MA | 02199 | |
| Foley, Rebecca | 3000 Kramer Lane Apt 2514 | | | Austin | TX | 78758 | |
| Forbess, Kyeanne | 703 Hagemann Avenue | | | Burlington | IA | 52601 | |


## Creditor Matrix

| Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Foti, Joseph Faustino | 479 Clinton Ave | Apt 1R | | Brooklyn | NY | 11238 | |
| Fradkin, Evan | 922 Oregon Trail | | | Cincinnati | OH | 45215 | |
| Fretter, Ryan Jerome | 4695 Red Rock Drive | | | Larkspur | CO | 80118 | |
| Gaghagen, Daphne Liat | 1961 Knights Ferry Dr. | | | Chula Vista | CA | 91913 | |
| Gaines, Brittany Nicole | 3817 Avenue R 1/2 | | | Galveston | TX | 77550 | |
| Gangidi, Akhil Reddy | 7301 Oberon Street | | | Austin | TX | 78741 | |
| GCS Technologies | 8701 North Mopac Suite 155 | | | Austin | TX | 78759 | |
| GDS Publishing Ltd | Queen Square House | 18-21 Queen Square | | Bristol | | BS1 4NH | United Kingdom |
| Gearing, Brandon Carson | 35 Deerfield Road | | | Wethersfield | CT | 06109 | |
| Gerber, Rebecca Ann | 7 Dogwood Ct | | | Woodbridge | CT | 06525 | |
| Giani, Shadi Badiyan | 13002 Armaga Springs Rd | | | Austin | TX | 78727 | |
| Gibson, Dunn & Crutcher LLP | 555 Mission Street, Suite 3000 | | | San Francisco | CA | 94105 | |
| Gilliland, Crystal Gail | 931A Cambridge Drive | | | Sikeston | MO | 63801 | |
| Gomez, Paul | 1525 Jay Wolf Dr | | | Georgetown | TX | 78628 | |
| Google US | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043 | |
| Graham Adair Inc | 6850 Austin Center Blvd. | Suite 225 | | Austin | TX | 78731 | |
| Granberry, Dustin | 166 Greenlawn Cv | | | Austin | TX | 78737 | |
| Grand Hyatt San Francisco | 345 Stockton Street | | | San Francisco | CA | 94108 | |
| Green, Jeremy | 566 Oxbow Drive | | | Monument | CO | 80132 | |
| Greenhouse Inc | Greenhouse Software | 18 West 18th Street, 11th Floor | | New York | NY | 10011 | |
| Greenwich Marketing Group, Inc. | 20 East 9th Street, Suite 14J | | | New York | NY | 10003 | |
| Griffin, Marc | 2100 Thistle Road | | | Glenview | IL | 60026 | |
| Grohs, Brian Matthew | 1815 44th St Court Northwest | | | Gig Harbor | WA | 98335 | |
| GSMA Ltd | 165 Ottley Drive, Suite 150 | | | Atlanta | GA | 30324 | |
| Guempel, Dane | 5713 Monrovia Lane | | | Pflugerville | TX | 78660 | |
| Gujjula, Venkat Reddy | 437 Longhorn Cavern Rd | | | Leander | TX | 78641 | |
| Gunji, Renuka | 2431 Soprano Way | | | Round Rock | TX | 78681 | |
| Gusto - Direct Debit | | | | | | | |
| Gutierrez Rivas, Herbert Oswaldo | 3108 E 51St | Unit 701 | | Austin | TX | 78723 | |
| Hallewell, Mary | 422 W Riverside Dr | Apt 637 | | Austin | TX | 78704 | |
| Harrigan, Margaret Elisabeth | 8813 Dandelion Trail | | | Austin | TX | 78745 | |
| Hart, Robert Michael | 3202 Huntwick Ln | | | Virginia Beach | VA | 23451 | |
| Hashicorp | 101 2nd St | | | San Francisco | CA | 94105 | |
| Hawa, Elie George | 1126 Karen Drive | | | Joliet | IL | 60431 | |
| Health Care Service Corporation | | | | | | | |
| Health Evolution Services LLC | 600 17th Street, Suite 2877S | | | Denver | CO | 80202 | |
| Health Gorilla | 228 Hamilton Avenue | | | Palo Alto | CA | 94301 | |
| Healthcare Information & Management Systems Society | 33 W Monroe St | | | Chicago | IL | 60603 | |
| Healthix Inc | 551 North Country Road, | Suite 201, St. James | | New York | NY | 11780 | |
| Healthwise Incorporated | 2601 N. Bogus Basin Rd | | | Boise | ID | 83702 | |
| Heather Kelpin | 1916 W Reverside Ave 3 | | | Spokane | WA | 99201 | |
| Heatherington, Melinda | 3208 King Street | | | Austin | TX | 78705 | |
| Hegewisch-Taylor, Alan | 4600 W Guadalupe St | 301B | | Austin | TX | 78751 | |
| Heiblum, Joshua | 636 Nandina Dr. | | | Weston | FL | 33327 | |
| Hendershot, Kaleigh Talor | 220 Northwest 143rd Street | | | Seattle | WA | 98177 | |
| Henry, Sarah | 7333 West 38th Avenue | Apt 221 | | Wheat Ridge | CO | 80033 | |
| Her, Leslie | 6775 Golden Gate Drive | #369 | | Dublin | CA | 94568 | |
| Highspot, Inc. | 2211 Elliott Avenue | Suite 400 | | Seattle | WA | 98121 | |
| HireRight, LLC | HireRight, LLC | | | Dallas | TX | 75284 | |
| Hirsave, Praveen | 9025 Evening Primrose Path | | | Austin | TX | 78750 | |
| Hirschey, Jessica Hauschel | 553 Clinton Street | Apt 2 | | Brooklyn | NY | 11231 | |
| HITRUST Services Corp | 6175 Main Street, Suite #420 | | | Frisco | TX | 75034 | |
| Holmes, Amy | 1123 Emmitt Run | | | Austin | TX | 78721 | |
| Hoodis, Madeline Jane | 6504 Del Norte Lane | | | Dallas | TX | 75225 | |
| Hooper, Ericka Lynne | 1041 Foster City Blvd | Apt A | | Foster City | CA | 94404 | |
| Hoppe, William Joseph | 158 Weatherby Dr. | | | Hooks | TX | 75561 | |
| Houlihan Lokey Financial Advisors, Inc. | 10250 Constellation Blvd. | 5th Floor | | Los Angeles | CA | 90067 | |

# Creditor Matrix

| Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Howard, Nicole Marie | 6236 E Garland Ave | | | Fresno | CA | 93727 | |
| Hsu, Karen | 1440 NW Davenport Avenue | | | Bend | OR | 97703 | |
| Hu, Sophy | 971 Marquette Lane | | | Foster City | CA | 94404 | |
| Huang, Scott | 3201 Duval Road | Apt 119 | | Austin | TX | 78759 | |
| Hudgins, William Kelly | 715 Bismark Street | | | Seguin | TX | 78155 | |
| Hudson, Deanna Nicole | 104 North 14th Street | | | Fort Dodge | IA | 50501 | |
| Hunter, Christopher Alan | 5405 Bull Run Circle | | | Austin | TX | 78727 | |
| Hurst, Mariah | 1120 Bergen Street | Apt E23 | | Brooklyn | NY | 11216 | |
| Hurtado, Steven Michael | 183 Mineral River Loop | | | Kyle | TX | 78640 | |
| IDology, Inc - Direct Debit | 2018 Powers Ferry Rd SE, Ste | | | Atlanta | GA | 30339 | |
| ILC Films | 100 W. Pflugerville Pky Ste. 111 | | | Pflugerville | TX | 78660 | |
| Ingram, Christopher | 212 Wood Forge Cir | | | Lebanon | OH | 45036 | |
| Ingram, Debra Dvorak | 196 Pine Post Cove | | | Driftwood | TX | 78619 | |
| Innovatx Events | 8830 Business Park Dr Ste 100 | | | Austin | TX | 78759 | |
| Insight Direct USA Inc | 6820 South Harl Avenue | | | Tempe | AZ | 85283-4318 | |
| Inspired Intellect | 3880 Parkwood Blvd | Suite 202 | | Frisco | TX | 75034 | |
| Intelligize, Inc. | Physical Address | 9443 Springboro Pike | | Miamisburg | OH | 45342 | |
| INTOO USA | 10880 Wilshire Boulevard | Suite 1101 | | Los Angeles | CA | 90024 | |
| i-point service private limited | OFF M G ROAD | | | MANGALURU | | 575003 | India |
| Jacobs, Thomas | 2516 Sonoma Cove | | | Austin | TX | 78738 | |
| James C Bonnette, MD | 215 Green Road | | | Franklin | TN | 37069 | |
| Janes, Kristen Lee | 912 Brighton Bend Lane | | | Cedar Park | TX | 78613 | |
| Jani, Kaulin Bimbisar | 1601 E Cesar Chavez St | Apt 207 | | Austin | TX | 78702 | |
| Jason Wreath | 11227 N Pinto Dr | | | Fountain Hills | AZ | 85268 | |
| Jellyfish US Limited | 729 E. Pratt Street, Suite 600-690 | | | Baltimore | MD | 21202 | |
| Jenkins, Andrea | 9273 Scenic Bluff Dr | | | Austin | TX | 78733 | |
| JKD Consulting, Inc. | 70 Cross Creek Lane | | | Duxbury | MA | 02332 | |
| Joese, Binoy | 336 Sutro Forest DR NW | | | Concord | NC | 28027 | |
| Johnson, Mairi | 34 West 13th Street, Unit PH | | | New York | NY | 10011 | |
| Jones Day | 51 Louisiana Avenue, N.W. | | | Washington | DC | 20001 | |
| Jones, Paden | 925 South Orange Avenue | | | Bartow | FL | 33830 | |
| Joynd | 3564 Avalon Park Blvd East | Ste 1 #2016 | | Orlando | FL | 32828 | |
| Jug, Sven | 8403 Mesa Doble Lane | | | Austin | TX | 78759 | |
| JumpCloud | 361 Centennial Pkwy | Ste 300 | | Louisville US_CO_013 80027 | CO | 80027 | |
| Jumpstop, LLC | 195 Fernly Park Dr | | | Alpharetta | GA | 30022 | |
| JUSTIN OPPUS PRODUCTION SERVICES LLC | 135 Clerk Street | Apt 2 | | Jersey City | NJ | 07305 | |
| Justworks - Direct Debit | | | | | | | |
| Kain, Jesus Roberto | 1900 Barton Springs Rd | Unit 4015 | | Austin | TX | 78704 | |
| Kammari, Vishnu | 1600 Euclid Ave Apt 2109 | | | Cleveland | OH | 44115 | |
| Kayce Morton, DO | 2013 W Stonegate Lane | | | Nixa | MO | 65714 | |
| Keeling, Amy | 5719 Janabyrd Ln | | | Austin | TX | 78749 | |
| Keller, Shannon | 3814 Valley Pl NE | | | Cedar Rapids | IA | 52402 | |
| Kelley, Danielle Elizabeth | 1219 Ranney Avenue | | | Cape Girardeau | MO | 63703 | |
| Kendig, Stephen | 175 River Run | | | Roswell | GA | 30075 | |
| Kenney, Johanna Kelleybeth | 1736 Mcclannahan Dr | | | Austin | TX | 78748 | |
| Kestra Advisory Services, LLC | 5707 Southwest Parkway | Bldg 2, Suite 400 | | Austin | TX | 78735 | |
| Kewish, Mesa | 1913 6th Street | | | Santa Monica | CA | 90405 | |
| Khanna, Sangya | 17216 Calipatria Ln | | | Pflugerville | TX | 78660 | |
| Kilena Edwardson | 809 8th Ave NE | | | Lonsdale | MN | 55046 | |
| Kontent.ai US LLC | 405 Lexington Ave | Chrysler Building | | New York | NY | 10174 | |
| Korn Ferry | 1900 Ave of the Stars, #2600 | | | Los Angeles | CA | 90067 | |
| Kosniewski, Matthew James | 40803 Rinaldi Drive | | | Sterling Heights | MI | 48313 | |
| KPMG LLP US | Dept 0922 | PO Box 120922 | | Dallas | TX | 75312-0922 | |
| Krause, Sara Ann | 8502 Dunsmere Dr | | | Austin | TX | 78749 | |
| Kreiling, Andrew | 1357 Jacksdaw Dr. | | | Austin | TX | 78737 | |
| Kress, Kathleen Therese | 10 White Way | | | Bentonville | AR | 72712 | |
| Krieger, Austin | 11324 Avering Lane | | | Austin | TX | 78754 | |



# Creditor Matrix

| Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Krieger, Prissilla | 13621 150th Street | | | Burlington | IA | 52601 | |
| Kristina Wangler | 8118 Forest Mesa-B | | | Austin | TX | 78759 | |
| Kroll Associates, Inc | 55 E 52nd Street, 17th Floor | | | New York | NY | 10055 | |
| Kruppe, Rebecca | 2485 SW Augusta Dr | | | Beaverton | OR | 97003 | |
| Kumar, Shital Desai | 3204 Kittowa Cove | | | Austin | TX | 78746 | |
| Kurt Blasena | 16560 El Camino Real | | | Rancho Santa Fe | CA | 92067 | |
| Ladendorf, Chelsea Martel | 3008 Shoot Out Court | | | Austin | TX | 78748 | |
| LAKE B2B | 2710 Media Center Dr | Building 6, Suite 120 | | Los Angeles | CA | 90065 | |
| Lambert, Scott | 215 Ash Ridge Drive | | | New Market | AL | 35761 | |
| Landry, John Eric | 4815 Avenue H | | | Austin | TX | 78751 | |
| Langen, Elizabeth Marie | 5331 E Mockingbird Ln | Apt 333 | | Dallas | TX | 75206 | |
| LaRue, Ryan | 3830 Wilton Drive Southeast | | | Grand Rapids | MI | 49508 | |
| Law Offices of Mark A. Osman | 401 West A Street, ste 1790 | | | San Diego | CA | 92101 | |
| Lee, Sengyeon | 2467 Alvin St | | | Mountain View | CA | 94043 | |
| Leheta, Amr | 1189 Jacksdaw Dr. | | | Austin | TX | 78737 | |
| Lewis, Evan Coles | 4122 Jewell Street | Unit E | | San Diego | CA | 92835 | |
| Lewis, Laura Lynn | 2717 Old Course Dr | | | Austin | TX | 78732 | |
| Lighthouse Services LLC | 1710 Walton Rd., Suite 204 | | | Blue Bell | PA | 19422 | |
| Lim, Joanne Hui Si | 767 Bergen St | Apt 4A | | Brooklyn | NY | 11238 | |
| Lin, Thomas | 4303 Cliffwood Circle | | | Austin | TX | 78759 | |
| Lincoln Property Company | 150 S. WACKER | STE 2150 | | Chicago | IL | 60606 | |
| Linthorst, Scott Gordon | 2250 14th Avenue | | | San Francisco | CA | 94116 | |
| LinuxRecruit Limited | 30 Stamford Street | | | London | | SE1 9LQ | United Kingdom |
| Liu, Victoria | 60 W 66Th Street | Apt 37B | | New York | NY | 10023 | |
| LiveRamp | 225 Bush Street, 17th Floor | | | San Francisco | CA | 94104 | |
| Long, Melissa | 617 Boone Ave | | | Ottumwa | IA | 52501 | |
| Lopacki, Elizabeth | 1702 Garden St. # A | | | Austin | TX | 78702 | |
| Lopez, Phillip Andrew | 3431 Eastover Ridge Drive | Apt C | | Charlotte | NC | 28211 | |
| Louis Alvarado | 11517 Leffingwell Road | | | Norwalk | CA | 90650 | |
| Louis E. Ramos, MD PLLC | 2604 Thomas Dr | | | Austin | TX | 78703 | |
| Lowman, Samira Kaderali | 16 Linda Lane | | | Westport | CT | 06880 | |
| Lubin, Michael | PO Box 6658 | | | Tahoe City | CA | 96145 | |
| Lugo, Melissa | 33 Moffett Court | | | Novato | CA | 94949 | |
| Lynch, Adam James | 3816 South Lamar Blvd | Apt 2904 | | Austin | TX | 78704 | |
| Magician Nash Fung | 512 15th PL | | | Mukilteo | WA | 98275 | |
| Malick, Hira Shujaat | 1317 Rosemary Drive | | | Bolingbrook | IL | 60490 | |
| Manatt, Phelps & Phillips, LLP | 11355 W Olympic Blvd | | | Los Angeles | CA | 90064 | |
| Manning, Brynn Elizabeth | 1652 North Pistachio Avenue | | | Clovis | CA | 93619 | |
| Marc LaFountain | Jl. Tumaritis 21E, Cilandak Bar. | Kec. Cilandak | | Jakarta | | 12430 | Indonesia |
| Marchese, Shawn Eric | 11528 Maggiore Drive | | | Austin | TX | 78739 | |
| MarketVision Research, Inc. | 5151 Pfeiffer Road | Suite 300 | | Cincinnati | OH | 45242 | |
| Marsh USA Inc | Four Embarcadero Center, Suite 1100 | | | San Francisco | CA | 94111 | |
| Martin, Debra | 110 Bayliss Street | | | Hutto | TX | 78634 | |
| Mason, Caleb Ashton | 6080 Highlands Grace Boulevard | | | Lakeland | FL | 33812 | |
| Maton, Marnie Garganera | 119 Gull Street | | | Manhattan Beach | CA | 90266 | |
| Mayfield, Rosa | 233 N Henry Street | Apt 2L | | Brooklyn | NY | 11222 | |
| McCrary, Chris | 350 Laurel Drive | | | Danville | CA | 94526 | |
| McDaniel, Lori Jayne | 2013 Tribal Way | | | Leander | TX | 78641 | |
| McDermott Will & Emery US | 444 West Lake Street | | | Chicago | IL | 60606-0029 | |
| McDonald, Joseph | 810 Center Street | | | Oregon City | OR | 97045 | |
| McEachern, Christopher Ian | 1680 Oakland Blvd | | | Walnut Creek | CA | 94596 | |
| McIntyre, Cynthia Marie | 6177 Sun Blvd | | | St Petersburg | FL | 33715 | |
| McKee, Thomas Harley | 1601 Miriam Ave. | Unit 103 | | Austin | TX | 78702 | |
| McNeill, Molly | 1550 Bay Street | Apt 416 | | San Francisco | CA | 94123 | |
| McQuain, Michael Patrick | 16429 Broadbay Dr | | | Austin | TX | 78717 | |
| Meditology Services, LLC. | 5256 Peachtree Rd Suite 190 | | | Atlanta | GA | 30341 | |
| Mellier, Benoit J | 3401 South Lamar Blvd | Apt 2404 | | Austin | TX | 78704 | |
| Mennen, Nicholas Michael | 6611 Greenbrier Drive | | | Brecksville | OH | 44141 | |

# Creditor Matrix

| Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Mertcan, Mert | 225 Onondaga Ave Apt #2 | | | San Francisco | CA | 94112 | |
| Meta Platforms, Inc. | 1601 Willow Rd | | | Menlo Park | CA | 94025 | |
| MGMA | 104 Inverness Terrace East | | | Englewood | CO | 80112 | |
| Microsoft Online, Inc | 6100 Neil Road, Ste 100 | | | Reno | NV | 89511 | |
| Miller Health Law Group, A Professional Law Corporation | 1901 Avenue of the Stars | Suite 1750 | | Los Angeles | CA | 90067 | |
| Miller, Courtney J | 399 Easy Street Rd | | | Livingston | TX | 77351 | |
| Miller, Samantha Eileen | 1145 1/2 Poquito St | Unit B | | Austin | TX | 78702 | |
| Milliman | 4370 La Jolla Village Drive, Suite 700 | | | San Diego | CA | 92122 | |
| Minarik, Alexandra Anne | 9581 27Th Bay Street | | | Norfolk | VA | 23518 | |
| MMIT | 1040 Stony Run Road | | | Morrisville | PA | 19067 | |
| mobile.dev | 2000 Post St | #426 | | San Francisco | CA | 94115 | |
| Modern Hire | Delafield | | | Delafield | WI | 53018 | |
| Monchamp Meldrum LLP | 100 Pine Street, Suite 1250 | | | San Francisco | CA | 94111 | |
| Mongo DB Inc | 1633 Broadway | | | New York | NY | 10019 | |
| Moran, Michelle | 94 Otter Rd | | | Hilton Head Island | SC | 29928 | |
| Moray, Jeffrey Josef | 916 Lake St | | | San Francisco | CA | 94118 | |
| Morency, Rebecca Ann | 707 2nd St SW | | | State Center | IA | 50247 | |
| Morrison Foerster | 425 Market St | | | San Francisco | CA | 94105 | |
| Moss Adams | 999 3rd Avenue | Suite 2800 | | Seattle | WA | 98104 | |
| Mottet, Malia Ann | 11721 Dunfries Ln | | | Austin | TX | 78754 | |
| MoveCorp | 10300 Metric Blvd | Suite 150 | | Austin | TX | 78758 | |
| Movva, Hemantha | 520 Acadia Bend | | | Cedar Park | TX | 78613 | |
| Muthukrishnan, Ravi Krishnan | 116 Fontainebleau St | | | Georgetown | TX | 78628 | |
| Nabeela, Nazih | 2721 Rio Lobo Pass | | | Leander | TX | 78641 | |
| NBC Universal LLC | 30 Rockefellar Plaza | | | New York | NY | 10112 | |
| NCC Group | 650 California St | #2950 | | San Francisco | CA | 94108 | |
| Nelson Mullins Riley & Scarborough LLP | 1320 Main Street | 17th Floor | | Columbia | SC | 29201 | |
| Nelson, Jessica Lynne | 50102 Eagle Trace Drive | | | Georgetown | TX | 78626 | |
| Netronix | 2170 Paragon Drive | | | San Jose | CA | 95131 | |
| Nixon Peabody LLP | 50 Jericho Quadrangle, Suite 300 | | | Jericho | NY | 11753-2728 | |
| Norine, Elisabeth Marie | 12932 Hazelwood Dr | | | Clive | IA | 50325 | |
| Nuta, Yonathan | 3902 Utica St | | | Denver | CO | 80212 | |
| Obelix Consulting LLC | 12416 Fairfax Ridge Place | | | Austin | TX | 78738 | |
| OCEAN TECHNOLOGIES | No.176, Ground Floor | 2nd Main, 4th Cross | 13th Block, Nagarabhavi 2nd Stage | Bangalore | | 560072 | India |
| Office Perry Plus | PO Box 1200 | | | Temple | TX | 76503 | |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | Admin Office 50 International Dr | Patewood IV, Suite 200 | | Greenville | SC | 29615 | |
| OJM Medical Services | 1607A West 8th St. | | | Austin | TX | 78703 | |
| Olin, Jeffrey Gregoire | 500 East Riverside Drive | Apt 202 | | Austin | TX | 78704 | |
| Olivia Clifton | 1309 S. 2 nd St., APT 105 | | | Wilmington | NC | 28401 | |
| O'Reilly, Zarah | 115 Sandra Muraida Way | Apt 136 | | Austin | TX | 78703 | |
| Orluck, Jennifer Lynn | 3125 Sun Drenched Path | | | Austin | TX | 78732 | |
| Pagano, Joseph | 7318 Harmony Shoals Bnd | | | Austin | TX | 78744 | |
| Paredes, Dorothy Marie | 2600 Blue Cove | | | Austin | TX | 78745 | |
| Parra, Rene Xavier | 12602 Palfrey Drive | | | Austin | TX | 78727 | |
| Parsadoust, Ali | 34 West 13th Street, Unit PH | | | New York | NY | 10011 | |
| Partridge, Craig Alan | 19790 Derby Street | | | West Linn | OR | 97068 | |
| Parvez, Nazia | 3707 Menchaca Road | Apt 244 | | Austin | TX | 78704 | |
| Patel, Amit | 13031 Villosa Place | Apt # 134 | | Playa Vista | CA | 90094 | |
| Patel, Radhika | 4715 Windridge Court | | | Carpentersville | IL | 60110 | |
| Patient Ping | 9901 Linn Station Road | Suite 500 | | Lousiville US_KY_111 40223 | KY | 40223 | |
| Patterson Jr., David Read | 905 Twisted Oak Place | | | Wilmington | NC | 28405 | |
| Pearce, Kalin | 428 East Oliver Street | | | Baltimore | MD | 21202 | |
| Peng, Tsen-Loong | 4808 Avenue H | | | Austin | TX | 78751 | |
| PeopleFluent Ltd | Lower Ground Floor, 15 Fetter Lane | | | London | | EC4A 1BW | United Kingdom |


# Creditor Matrix

| Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Pfleeger, Katherine Barbara | 391 Oak Grove Avenue | | | Menlo Park | CA | 94025 | |
| Pflugerville Signs Signarama | 1002 West Pecan Street | | | Pflugerville | TX | 78660 | |
| Phelan, Kevin | 16124 Reese Road | | | Lake Oswego | OR | 97035 | |
| Physicians Plus ACO, LLC | 8000 Norman Center Dr | Suite 900 | | Bloomington | MN | 55437 | |
| Piccirillo, Jeffrey Francis | 501 E Oltorf Street, #309 | | | Austin | TX | 78704 | |
| PitchBook Data, Inc | 901 5th Avenue, Suite | | | Seattle | WA | 98164 | |
| PKF O'Connor Davies | 500 Mamaroneck Ave | | | Harrison | NY | 10528 | |
| Platinum Parking | 221 W. 6th Street | | | Austin | TX | 78701 | |
| Polk, Casey Elizabeth | 1030 B Panorama Drive | | | Dripping Springs | TX | 78620 | |
| Pope, William | 8405 Lone Mesa | | | Austin | TX | 78759 | |
| Population Services International | 1120 19th ST NW | Suite 600 | | Washington | DC | 20036 | |
| Posani, Hari Priya | 2041 Mar Vista Lane | | | Leander | TX | 78641 | |
| Prestige Staffing, LLC | 8010 Roswell Rd Ste 330 | | | Atlanta | GA | 30350 | |
| Prevost, William Hayes | 16708 Aventura Ave | | | Pflugerville | TX | 78660 | |
| Prisma International, Inc. | 1128 Harmon Place, Suite 310 | | | Minneapolis | MN | 55403 | |
| Promis (Health Measure) | 625 N Michigan Ave Suite 2100 | | | Chicago | IL | 60611 | |
| Propel | 397 Bridge St | Floor 8 | | Brooklyn | NY | 11201 | |
| PT Computec Engineering Indonesia | Jalan Denpasar Raya Blok C4 No. 24 | Kuningan | Kompleks Menteri | Jakarta Selatan | | 12950 | Indonesia |
| Punches, Keith Scott | 6975 East Princess Drive | Apt 2125 | | Phoenix | AZ | 85054 | |
| QAV Inc | 658 Griffith Road | Suite 127 | | Charlotte | NC | 28217 | |
| Quantilope | Charlottenstrasse 26 | | | Hamburg | | 20257 | Germany |
| Quarnstrom, Kyle Thomas | 2414 Duval Drive | | | New Braunfels | TX | 78130 | |
| Quartz Health Solutions | 14127 Kittridge Street | | | Van Nuys | CA | 91405 | |
| Quezada-Torres, Karla | 510 Western Avenue | | | Storm Lake | IA | 50588 | |
| Quintana, Rhonda | 18007 Old Preston Court | | | Dallas | TX | 75252 | |
| Ramiah, Subha | 23 Foxwood Road | | | West Nyack | NY | 10994 | |
| Ramirez, Marisa Rene | 501 Hammack | | | Austin | TX | 78752 | |
| Rapier, Dustin | 3535 Warwick Boulevard | | | Kansas City | MO | 64111 | |
| Ravines, Nicholas Cesar | 9010 Bancroft Trail | | | Austin | TX | 78729 | |
| Recruit Bear | 2659 Townsgate Rd | | | Thousand Oaks | CA | 91361 | |
| Reddy, Rajesh | 2201 Bel Paese Bend | | | Leander | TX | 78641 | |
| Relocity | 10250 constellation place | | | Los Angeles | CA | 90067 | |
| Reprints Desk, Inc. | 10624 S. Eastern Avenue | Suite A-614 | | Henderson | NV | 89052 | |
| Reuters News & Media Ltd | 5 Canada Square | Canary Wharf | | London | | E14 5AQ | United Kingdom |
| Reynolds, Alyssa Marie | 1100 S Lamar Blvd | 1563 | | Austin | TX | 78704 | |
| Richardson Gold LLC | 333 N CANAL ST | Unit 3601 | | Chicago | IL | 60606-1544 | |
| Richmond, Nadyne | 254 View Street | | | Mountain View | CA | 94041 | |
| Ring Central Inc | 20 Davis Drive, Belmont, CA 94002 | | | Belmont | CA | 94002 | |
| Robert Half International | 124000 Collections Center Drive | | | Chicago | IL | 60693-0124 | |
| Robert M. Hart | 3202 Huntwick Ln. | | | Virginia Beach | VA | 23451 | |
| ROBIN POWERED INC | 11 FARNSWORTH STREET, FLOOR 2 | | | Boston | MA | 02210 | |
| Robinson, Nathaniel Stephen | 6501 East Hill Drive Apt 104 | | | Austin | TX | 78731 | |
| ROI Solutions | 792 E 280 S | | | American Fork | UT | 84003 | |
| Rosa, Timothy John | 20 Salt Landing | | | Tiburon | CA | 94920 | |
| Rubi Orea, Oyuki | 28393 Oregon Avenue | | | Madera | CA | 93638 | |
| Rudmann, Meena | 7301 Daugherty St | | | Austin | TX | 78757 | |
| Russell, John Duane | 22910 East Poco Calle | | | Queen Creek | AZ | 85142 | |
| S.J. ENTERPRISES | 1st floor, No 87 Rajgopal Rd | | | Bengaluru | | 560047 | India |
| Saal, Stacy | 10516 Se 28Th Street | | | Beaux Arts | WA | 98004 | |
| Sager, Mark | 17802 Deren Cove | | | Pflugerville | TX | 78660 | |
| Sahab Yaqubi | 301 East 79th Street, Apt. 16F | | | New York | NY | 10075 | |
| Sahin, Tolga | 14900 Galena Drive | | | Austin | TX | 78717 | |
| Sahvie Healthcare | 8231 Waverly Ln | | | San Diego | CA | 92129 | |
| Salary.com, LLC | 610 Lincoln Street | North Building, Suite 200 | | Waltham | MA | 02451 | |
| Samaiah, Krishna Chaitanya | 17529 Silent Harbor Loop | | | Pflugerville | TX | 78660 | |
| Samantha Byrd | 10430 Morado Circle | 1614 | | Austin | TX | 78759 | |
| Sanghavi, Darshak Mahendra | 20 Jordan Road | | | Brookline | MA | 02446 | |
| Sarah Bishop | 8530 N. Audubon Dr. | | | Hayden | ID | 83835 | |



# Creditor Matrix

| Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Savvy Cooperative | 118 W 22nd St, 1 Pulaski St | | | Brooklyn | NY | 11206 | |
| Saylor, Dillon | 1919 Pecan Island Dr | | | Leander | TX | 78641 | |
| Scalar, LLC | 874 E Pioneer Rd | | | Draper | UT | 84020 | |
| Schack, Riley John | 19 Fletcher Drive | | | Austin | AR | 72007 | |
| Scherger, Alan Patrick | 1907 Greenbrook Pkwy | | | Austin | TX | 78723 | |
| Schmidt-Lademann, Julia | 8939 West Hove Loop | | | Austin | TX | 78749 | |
| Schulte, Scott | 6309 York Bridge Circle | | | Austin | TX | 78749 | |
| Searfoss, Michael Glynn | 3976 Dove Street | | | San Diego | CA | 92103 | |
| Seyfarth Shaw LLP | 560 Mission St. | Ste. 3100 | | San Francisco | CA | 94105 | |
| Shaffer, Jonathan | 118 East Marigold Street | | | Munhall | PA | 15120 | |
| Shah, Jay | 1433 W Berteau Avenue | | | Chicago | IL | 60613 | |
| Shallue, Kirby Allison | 509 Fort Drum Dr | | | Austin | TX | 78745 | |
| Shao, Lingyun | 12472 Foster Road | | | Los Alamitos | CA | 90720 | |
| Sharon Yencharis | 1305 Buena Vista Ave | | | Pacific Grove | CA | 93950 | |
| Sheets, Maryalice | 1111 Durham Drive | Apt 529 | | Houston | TX | 77007 | |
| Shock, Lisa Petronella | 1929 Kateland Court | | | Apex | NC | 27502 | |
| Shred-it - US | 28883 Network Place | Ground Floor, Corner House | | Chicago | IL | 60673-1288 | |
| Shu, Ling | 2610 Evelyn Court | | | Alameda | CA | 94501 | |
| Sign Salad Ltd | 160 Barlby Road | | | London | | NW2 5JY | United Kingdom |
| Silicon Valley Bank | 3003 Tasman Dr. | | | Santa Clara | CA | 95054 | |
| Sinclair, Richard Gregory | 21506 High Drive | | | Lago Vista | TX | 78645 | |
| Singer, Darren A | 6610 North Smoketree Pass | | | Appleton | WI | 54913 | |
| Sivasubramaniam, Aaranan | 90 Elgar Avenue | | | London | England | KT5 9JR | |
| Sixthriver Architects | 1601 South Mopac Expressway | Suite 100-D | | Austin | TX | 78746 | |
| Skiba, Brian Edward | 4906 Landsing Drive | | | Austin | TX | 78745 | |
| Slaughter, Jonathan Ross | 144 Summer Night Cove | | | Buda | TX | 78610 | |
| Slipstream Technologies Limited | 2 Pond House | Lady Aylesford Avenue | | Stanmore | | HA7 4FQ | Great Britian |
| Smeltzer, Laura Anne | 1130 Hunter Hill Dr | | | Lansdale | PA | 19446 | |
| Smith, Lindsay King | 14109 Ballycastle Trl | | | Austin | TX | 78717 | |
| Snap Inc | 2772 Donald Douglas Loop | | | Santa Monica | CA | 90405 | |
| Sourcegraph | 548 Market St | | | San Francisco | CA | 94104 | |
| Souza, Stanley | 3723 Keats Dr | Apt# 220 | | Austin | TX | 78704 | |
| Spectrum Enterprise | 12405 Powerscourt Drive | St. Louis | | Missouri | MO | 63131 | |
| Spotify USA Inc. | 150 Greenwich Street, | FL 62 | | New York | NY | 10007 | |
| Sprout Insight LLC | 3047 Madison Rd, Suite 206A | | | Cincinnati | OH | 45209 | |
| StateCybersecurity, LLC | 1441 Little Raven St. | | | Denver | CO | 22004 | |
| Steele, Laura Lee | 1318 Locust Street | | | Ottumwa | IA | 52501 | |
| Steen, Kristin Karam | 10509 Lockerbie Dr | | | Austin | TX | 78750 | |
| Stevens, Jason D | 13003 Larklair Street | | | San Antonio | TX | 78233 | |
| Stewart Rose, Teresa Elaine | Po Box 372 | 1400 West Washington | | Hayti | MO | 63851 | |
| Stoplight, Inc | 1412 Collier St. | Unit C | | Austin | TX | 78701 | |
| Story, Sarah | 3005 E Avenue | | | Montour | IA | 50173 | |
| Stott and May Inc | 10 West 18th Street | 9th Floor | | New York | NY | 10011 | |
| Strategic Sourcing Solutions LLC | 81 Govenors Way | | | Brentwood | TN | 37027 | |
| Strong, James Andrew | 107 Hedge Green Hollow | | | Hutto | TX | 78634 | |
| SurveyMonkey Inc | One Curiosity Way | | | San Mateo | CA | 94403 | |
| Sutton, Matthew | 4537 Russell Ave | | | Los Angeles | CA | 90027 | |
| Swiney, Patrick Robert | 6570 Springdale Rd | | | Cincinnati | OH | 45247 | |
| Syed, Irfan | 14933 Calaveras Dr | | | Austin | TX | 78717 | |
| Syed, Murtuza Ahmed | 521 East Minor Drive | Apt 201 | | Kansas City | MO | 64131 | |
| TAMintegration, DoNotDelete | 1 corporate ave | | | tempe | AZ | 85282 | |
| Tastez Cod JDK S.R.L. | Strada Argentina 4 | | | Bucharest | 0 | 25 | Romania |
| Tax Agency DE | | | | | | | |
| Taylor, Trista April | 607 East Wesleyan Drive | | | Tempe | AZ | 85282 | |
| Tech Navigators LLC | 6300 Bridge Point Pkwy | Bldg 1 Ste 420 | | Austin | TX | 78730 | |
| Tejas Office Products, Inc. | 1225 W 20th Street | | | Houston | TX | 77008 | |
| Telcion Communications Company | 140 W. Main Street | | | Turlock | CA | 95380 | |
| Test, Gtest | 123 Greenlawn Cove | | | Austin | TX | 78737 | |



# Creditor Matrix

| Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| The Global Telemedicine Group | 7850 Westmont Lane | | | McLean | VA | 22102 | |
| The Hire Key | 46 W. Julian Street | Suite 229 | | San Jose | CA | 95110 | |
| The HT Group | 707 W Front Avenue | | | Orange | TX | 77630 | |
| The Law Office of Susan M. Erickson, PLLC | 3800 N. Lamar Blvd, Suite 200 | | | Austin | TX | 78756 | |
| The Pocketbook Agency LLC | 7914 Santa Monica Blvd | | | Los Angeles | CA | 90046 | |
| Thinkitive | Rohan Seher Ln, near Murkute Garden, | Baner | | Pune | Maharashtra | 411045 | India |
| Thomason, Wyatt Dwain | 11313 Gatling Gun Lane | | | Austin | TX | 78748 | |
| ThoughtWorks, Inc. | 200 E. Randolph St. 25th Floor | | | Chicago | IL | 60601 | |
| Tibby, Matthew Robert | 800 W 38Th St | Apt 1303 | | Austin | TX | 78705 | |
| Tiger Tracks | 8612 Hillside Avenue | | | Los Angeles | CA | 90069 | |
| Tillman, Joanna Lee | 800 West 122 Street | | | Kansas City | MO | 64145 | |
| Tirado, Norma | 19811 Grandview Dr. | | | Corona | CA | 92881 | |
| Topham Guerin US | Level 3, 3 Hanover Square | | | London | | SW1Y 5ED | United Kingdom |
| Torres, Hector | 149 West 10th Street | | | Bayonne | NJ | 07002 | |
| Trendstream Limited | 25 Farringdon Street | | | London | | EC4A 4AB | United Kingdom |
| Trigenis, Emmanuel | 1321 Upland Drive | #1033 | | Houston | TX | 77043 | |
| Trivedi, Het | 2019 Tarragon Rose Court | | | San Ramon | CA | 94582 | |
| Trotter, Dominiquea Marie | 8820 West Eden Drive | | | Littleton | CO | 80127 | |
| Tuch, Olivier | 1611 Meridian Avenue | Unit 202 | | Miami Beach | FL | 33139 | |
| Tullos, Natasha Bernadette | 12901 Tinker St | | | Manor | TX | 78653 | |
| Tyk Technologies Inc. | WeWork 4th Floor | Office 04-110 756 W Peachtree St NW | | Atlanta | GA | 30308 | |
| Unicom Teleservices | 12560 S. Holiday Dr., Ste C | | | Alsip | IL | 60803 | |
| Unicus Risk Advisor LLP | Anand Nilay Buiness Centre Near Karve Road | Office no 5, 3rd Floor, Kothrud | | Pune | Maharashtra | 411038 | India |
| Unite USA, Inc | 217 Broadway, Floor 8 | | | New York | NY | 10007 | |
| Unum Insurance Company | 1 Fountain Square | | | Chattanooga | TN | 37402 | |
| UPS | P.O.BOX 809488 | | | Chicago | IL | 60680-9488 | |
| Upshaw Holding, Inc. D/B/A Touch To | 1108 Lavaca St. | | | Austin | TX | 78701 | |
| UpToDate Inc US | 230 Third Avenue | | | Waltham | MA | 02451 | |
| Urfi, Nakis | 2109 Old Country Drive | | | Allen | TX | 75013 | |
| UX Writers Collective | 252 Arbor Road, Menlo Park, | | | Menlo Park | CA | 94025 | |
| Vacuum Sucks | 221 West Esplanade | Suite 301 | | North Vancouver | BC | V7M 3J3 | Canada |
| Vaddadhi, Seshasai Vishal | 34655 Pueblo Terrace | | | Fremont | CA | 94555 | |
| Vado Med Tech INC | 409 West Main Street Suite | | | Round Rock | TX | 78664 | |
| Vahrenberg, Nathan Daniel | 1104 Northeast Green Street | | | Lee's Summit | MO | 64086 | |
| Vakharia, Nirav | 2952 Falmouth Road | | | Shaker Heights | OH | 44122 | |
| Validic, Inc. (US) | 701 West Main Street #620 | | | Durham | NC | 27701 | |
| Valuation Software & Services, Inc. (DBA Preferred Return) | 44W 28th Street | | | New York | NY | 10001 | |
| VantagePoint HealthCare Advisors | 9 Washington Avenue | | | Hamden | CT | 06518 | |
| Vasquez, Ryan Christopher | 18512 Wind Valley Way | | | Pflugerville | TX | 78660 | |
| Veracode, Inc. | 65 Netwrok Drive, 3rd Floor, MA 01803 | | | Burlington | MA | 01803 | |
| Vertice Technology Limited | Ashley Rd 1 | | | Altrincham | | WA14 2DT | United Kingdom |
| VIP Emergency Medicine, PLLC | 400 Raging River Road | | | Cedar Park | TX | 78613 | |
| VSP | 3333 Quality Drive | | | Rancho Cordova | CA | 95670 | |
| Walker, Bradley William | 8925 Loch Glen Way | | | Charlotte | NC | 28278 | |
| Walkers | PO Box 72 | Walker House, 28-34 Hill Street | Channel Islands | St Helier | Jersey | JE4 8PN | United Kingdom |
| Wallace, Kevin Shain | 1236 Naranjo Dr | | | Georgetown | TX | 78628 | |
| Wallace, Willie | 2404 Old Lower River Road | | | Douglasville | GA | 30135 | |
| Walles, Heather Michele | 620 Pioneer Road | | | Des Moines | IA | 50315 | |
| Washington, Kevin | 19508 Kolsti Way | | | Pflugerville | TX | 78660 | |
| Wasserman, Benjamin Noa | 501 E Oltorf St | Apt 214 | | Austin | TX | 78704 | |
| Weaver, Karina | 1723 Salt Lick Rd | | | San Antonio | TX | 78232 | |
| Wendy Chow Law | 5201 Proctor Ave | | | Oakland | CA | 94618 | |
| Wessling, Bryan | 160 Clifton Street Southeast | | | Atlanta | GA | 30317 | |
| Westmeyer, Patrick | 1528 Coriander Drive | | | Austin | TX | 78741 | |
| Westrup, Sean | 19529 Great Falls Drive | | | Manor | TX | 78653 | |
| WEX | 4321 20th Ave S | | | Fargo | ND | 58103 | |



# Creditor Matrix

| Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Wheel Health, Inc- ON HOLD | 603 Davis Street, 2102 | | | Austin | TX | 78701 | |
| Whistler Search Partners, LLC | 511 E. 20th St., #11E | | | New York | NY | 10010 | |
| Wilkinson, David | 1725 Toomey Road | Apt 306 | | Austin | TX | 78704 | |
| Williams, Johstin Laque | 1021 Overstreet Lane | | | Leander | TX | 78641 | |
| Williams, Milton James | 4348 Apollo Court | | | Snellville | GA | 30039 | |
| Williams, Ronesha | 1455 Spring RD SE | APT 220 | | Atlanta | GA | 30080 | |
| Willis Towers Watson (USA) | 200 Liberty Street, Brookfield Place | 6th Floor | | New York | NY | 10281 | |
| Wilson Sonsini Goodrich & Rosati (US) | 650 Page Mill Road | | | Palo Alto | CA | 94304-1050 | |
| Wilson, Benjamin Howard | 526 Donne Ave | | | Saint Louis | MO | 63130 | |
| Winslow, Kayleigh Beth | 1800 Eastwood Road | 136 | | Wilmington | NC | 28403 | |
| Winstead PC | 401 Congress Ave | Ste 2100 | | Austin | TX | 78701 | |
| Wise, Alex | 700 Zumstein Ln | Unit 304 | | Westerville | OH | 43082 | |
| Wolf, Carl Andrew | 4330 Bull Creek Rd | Apt 4113 | | Austin | TX | 78731 | |
| Wolf, Greenfield & Sacks, P.C. | 600 Atlantic Ave | | | Boston | MA | 02210 | |
| Wolters Kluwer Tax & Accounting | 2700 Lake Cook Rd | | | Riverwoods | IL | 60015 | |
| Workday Limited | 152-155 Church St | | | Dublin | | 7 | Ireland |
| Workiva Inc | 2900 University Blvd | | | Ames | IA | 50010-8665 | |
| Xyzzy LLC | 4609 Ridge Oak Dr | | | Austin | TX | 78731 | |
| Yang, Hua | 15706 Northeast 6th Circle | | | Vancouver | WA | 98684 | |
| YKVN LLC | V1601-04 Pacific Place | 83B Ly Thuong Kiet Street | Hoan Kiem District | Hanoi | | 10000 | Vietnam |
| Yoh Services LLC | 1500 Spring Garden St. | | | Philadelphia | PA | 19130 | |
| Young, Stephanie | 301 South 29th Street | #A | | Fairfield | IA | 52556 | |
| Zachary, Marcus Daniel | 84 Levant Street | | | San Francisco | CA | 94114 | |
| Zekunde, Robert | 3911 West 21St Ave | | | Denver | CO | 80212 | |
| ZoomInfo Technologies LLC | 805 Broadway | Suite 900 | | Vancouver | WA | 98660 | |